FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

OCT 18 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 17-30169-SMY |
| vs. ) | |
| ) | Title 18, United States Code, |
| ANTHONY J. BARTUSEK, ) | Section 111(a)(1) |
| ) | |
| Defendant. ) | |

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**ASSAULT OF A FEDERAL OFFICER**

On or about August 17, 2017, in Bond County, Illinois, in the Southern District of Illinois,

**ANTHONY BARTUSEK,**

defendant herein, did forcibly assault Activities Lieutenant K. D., a Federal Correctional Officer at the Federal Correctional Institution at Greenville, Illinois, commonly known as FCI-Greenville, making physical contact with Lieutenant K.D., while Lieutenant K.D. was engaged in his official

1

duties, to wit: controlling an impaired inmate; in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL

*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

*[signature]*
DONALD S. BOYCE
United States Attorney

Recommended Bond:   Detention.